# CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 1/23/2018         TIME:  12:00 PM          TIME IN COURT:   30 minutes

CASE:  17-cv-04893-JMA-AYS Levin et al v. JPMorgan Chase Bank, N.A. et a

APPEARANCES:      For Plaintiff: Ofra Levin, Isaac Levin, pro se

For Defendant:  Bruce Goodman

FTR:

**FILED**
**CLERK**

1/23/2018 3:05 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set:
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ status conference scheduled for
- ☒ Other: Settlement conference held - settlement not reached.  It is ordered that the Court will lift the stay in this matter and will first adjudicate the fully briefed motion to remand.  Then, if appropriate, Defendant is permitted to move forward with his Motion to Dismiss.