February 25, 2018

**VIA ECF**

Hon. Joan M. Azrack, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE:   Case No.: 17-cv-04893-JMA-AYS,   Levin v. J.P. Morgan Chase, et al.

Dear Judge Azrack,

My name is Isaac Levin and joining me is my wife Ofra Levin, (hereinafter referred to as "Plaintiffs").

In front of the Court is Plaintiffs motion to remand the action to state court. (Doc#8).

On January 23, 2018 Plaintiffs sent this Honorable Court a letter, (Doc#17), explaining in a nutshell the issues with Chase. Additionally a proposed complaint was annexed. Said complaint was due to be filed in state court.

It appears that the complaint was also sent to in-house counsel of Chase. Ms. Jennifer A. Stevens made contact with Plaintiffs and asked not to file the complaint pending a possible "global" settlement of both issues.

Negotiations are ongoing and Plaintiffs expect an additional conference call toward the end of this week. Therefore there is no rush to decide the remand motion.

Respectfully submitted,

/s/ Isaac Levin
ISAAC LEVIN
*Pro Se Plaintiff*
960 Cliffside Avenue
N. Woodmere NY 11581
Isaaclevin2010@gmail.com
516-374-0188

/s/ Ofra Levin
OFRA LEVIN
Pro Se Plaintiff
960 Cliffside Avenue
N. Woodmere, NY 11581
ofrarlevin@gmail.com
1.516.792.5858

All Counsel(s) of record via ECF.

1