May 7, 2018

**VIA ECF**

Hon. Joan M. Azrack, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE:   Case No.: 17-cv-04893-JMA-AYS,   Levin v. J.P. Morgan Chase, et al.

Dear Judge Azrack,

My name is Isaac Levin and joining me is my wife Ofra Levin, (hereinafter referred to as "Plaintiffs").

Several months ago Plaintiffs informed this Court that negotiations were on-going to resolve the two claims against Chase. Negotiations failed since, among others, Chase did not wish to address sub claims. Among the sub claims: a) false reporting to the credit agencies, and b) a substantial increase in the flood insurance premium as a result of mismanaging the escrow account, etc. Chased offered a 24 hrs window to settle while in the meantime Ms. Stevens negotiating on behalf of the bank went on maternity leave and the issues remained unresolved.

On April 9, 2018 Plaintiffs filed a new combined complaint in State Court which was subsequently amended on April 27, 2018.

The new complaint does not resemble the complaint in front of this Court nor does it have both elements for diversity jurisdiction.

Therefore, Plaintiffs are seeking an order pursuant to Rule 41(2) to dismiss the action without prejudice.

This Court was correct. This action does not belong in federal Court. The only reason the attorneys removed this action to this Court was, as promised by Defendants' attorneys, to continue and injure Plaintiffs for an extended period of time.

Chase needs to learn not to use their nailed boots to step on their customers because their customers may resurrect and come back to challenge them.

As to the attorneys, they need to be careful not to defame with derogatory statements such as "I am sure it is frivolous" before they review a single number or a single document. The attorneys do not believe that Pro se plaintiffs have any rights in front of the courts and are treating them as 4th class citizens.

Again, Plaintiffs truly appreciate this Court's initiative and efforts to seek a settlement of this matter. Eventually it will be settled.

Respectfully submitted,

/s/ Isaac Levin
ISAAC LEVIN
*Pro Se Plaintiff*
960 Cliffside Avenue
N. Woodmere NY 11581
Isaaclevin2010@gmail.com
516-374-0188

OFRA LEVIN
Pro Se Plaintiff
960 Cliffside Avenue
N. Woodmere, NY 11581
ofrarlevin@gmail.com
1.516.792.5858

All Counsel(s) of record via ECF.