# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

BRUCE S. GOODMAN
(212) 826-5357
bgoodman@zeklaw.com

WWW.ZEKLAW.COM

May 8, 2018

**BY ECF**

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

> **Ofra Levin and Isaac Levin v.
> J.P. Morgan Chase Bank, N.A., Kevin McHale
> Datwan Green and Brandon North, 17-CV-04893 (JMA) (AYS)**

Dear Judge Azrack,

We represent JPMorgan Chase Bank, N.A. ("Chase") in the referenced action, pending before Your Honor (the "Pending Action"). Negotiations between Chase and plaintiffs to resolve the litigation with a global settlement were unsuccessful. Plaintiffs' motion to remand the Pending Action is *sub judice*.

Plaintiffs wrote to Your Honor on May 7th to announce they filed another state court action against Chase and others (the "New Action"). The New Action, which plaintiffs characterize as a "combined complaint," includes the same causes of action asserted against Chase in the Pending Action and adds new ones concerning their purported mortgage claims. Plaintiffs requested that Your Honor dismiss the Pending Action pursuant to Fed. R. Civ. P. 41(2). Chase intends to remove the New Action to the United States District Court for the Eastern District and designate it as related to the Pending Action. We respectfully request that Your Honor defer consideration of plaintiffs' request to dismiss the Pending Action until Chase removes the New Action.

Respectfully submitted,

Bruce S. Goodman

BSG:cla

cc:  Isaac Levin, pro se (by ECF)
     Ofra Levin, pro se (by mail)

NEW YORK | CONNECTICUT | NEW JERSEY | ISRAEL