May 8, 2018

**VIA ECF**

Hon. Joan M. Azrack, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

  RE:   Case No.: 17-cv-04893-JMA-AYS,   Levin v. J.P. Morgan Chase, et al.

Dear Judge Azrack,

      My name is Isaac Levin and joining me is my wife Ofra Levin, (hereinafter referred to as "Plaintiffs").

      In response to Plaintiffs' letter attorney for the Defendants asked the Court to differ consideration until such time that they remove the new action to this Court.

      Defendants moved this action to this court was due to the fact that Plaintiffs sought an amount in excess of $75,000. They also argued that diversity exists since the local actor who participated in the break-in was improperly joined. According to Chase he only promoted the agenda of his employer. None of the following are present in the new action:

       * No federal question jurisdiction.
      * Only state claims are present.
      * Lacks complete diversity.
      *Amount in controversy does not exceed $75,000. In fact, the amount in controversy is not specified. Negotiations were for an amount substantially less than $75,000.

      If and when Defendants improperly remove the action, Plaintiffs will fight it. However at this time there is no compelling reason why the Court should not dismiss the current action without prejudice. Early on this Court already decided that it does not belong in federal court.

      What the Court is witnessing is a concentrated effort of attorneys trying to add insult to injury to prevent Plaintiffs from reaching an amicable solution. Instead of addressing Plaintiffs' claims with specificity, which they refuse to do, Chase is merely seeking an umbrella from the federal court.

      If plaintiffs tried the same type of activity most likely the Court would sanction Plaintiffs.

          Respectfully submitted,

          /s/ Isaac Levin
          ISAAC LEVIN
          *Pro Se Plaintiff*
          960 Cliffside Avenue
          N. Woodmere NY 11581
          Isaaclevin2010@gmail.com
          516-374-0188

          OFRA LEVIN
          Pro Se Plaintiff
          960 Cliffside Avenue
          N. Woodmere, NY 11581
          ofrarlevin@gmail.com
          1.516.792.5858

All attorneys via ECF